TAMPA WATER WORKS COMPANY, A CORPORATION UNDER
THE LAWS OF FLORIDA, *Appellant,* v. CITY OF TAMPA,
A MUNICIPAL CORPORATION UNDER THE LAWS OF
FLORIDA, *Appellee.*

On an appeal from a final decree, no questions being presented that
were not decided adversely to the appellant on a former appeal
form an interlocutory order, the decree will be affirmed.

This case was decided by the court *En Banc.*

Appealed from the Circuit Court for Hillsborough
county.

The facts in the case are stated in the opinion of the
court.

*Sparkman & Carter* and *P. O. Knight* for appellant.

No appearance for appellee.

PER CURIAM.—On the appeal of this case heretofore
prosecuted it was considered that the demurrer to the bill
herein should be sustained, and the injunctions dissolved,
but the cause was remanded in order that the complainant
might have leave to amend its bill. This it failed to do upon
the opportunity being afforded it, and thereupon the court
dismissed the bill.

No new questions are presented on this appeal that
were not fully considered and settled adversely to the Water
Works Company on the former appeal (*City of Tampa v.
Tampa Water Works Company,* 45 Fla. 600, 34 South. Rep.
631, decided April 28, 1903), and the decrees appealed from
must be affirmed.

TAYLOR, C. J., CARTER, COCKRELL and WHITFIELD, JJ,
concur.

SHACKLEFORD, J., disqualified; HOCKER, J., absent.